NOT DESIGNATED FOR PUBLICATION

STATE OF LOUISIANA
COURT OF APPEAL, THIRD CIRCUIT

CA 04-987

HELEN D. FELTON

VERSUS

CITY OF OAKDALE

**********

APPEAL FROM THE
THIRTY-THIRD JUDICIAL DISTRICT COURT
PARISH OF ALLEN, NO. C-2002-024
HONORABLE JOEL GERARD DAVIS, DISTRICT JUDGE

**********

JOHN D. SAUNDERS
JUDGE

**********

Court composed of John D. Saunders, Marc T. Amy, and Billy Howard Ezell, Judges.

AFFIRMED.

John Fayne Wilkes III
Borne & Wilkes, L.L.P.
P. O. Box 4305
Lafayette, LA 70502-4305
(337) 232-1604
Counsel for: Defendant/Appellee
City of Oakdale

**Allen Bruce Rozas**
**Ad Hoc Judge**
**200 Court St.**
**VillePlatte, LA 70586**
**(337) 363-5516**
**Counsel for: Plaintiff/Appellant**
**Helen D. Felton**

**Greg Allen Rozas**
**Attorney at Law**
**352 Napoleon St.**
**Baton Rouge, LA 70802**
**(225) 343-0010**
**Counsel for: Plaintiff/Appellant**
**Helen D. Felton**